UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 0:25-505

JOHAN ANTONIO GONZALES-JIMENEZ

### PLEA

The Defendant, JOHAN ANTONIO GONZALES-JIMENEZ, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_Johan Gonzalez Jimenez_
(Signed)    Defendant

Columbia, South Carolina
April 21, 2025